**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-09-470 |
| | § § § § | |
| DONALD G. LOIACANO, *et al.* | § | |

**O R D E R**

This court held a status conference in this case on November 22, 2011. The government advises that Defendants Hanna and Roberson fulfilled their obligations under the pretrial diversion agreements and that motions to dismiss them would be filed. The government orally moved to have this case placed on the trial docket as soon as possible as to the remaining four defendants The motion for a trial setting is GRANTED. The docket control order is amended as follows:

    Final Pretrial conference is reset to**:**    **January 23, 2012, at 9:00 a.m.**
    Jury trial and selection are reset to:    **January 30, 2012, at 9:00 a.m.**

    SIGNED on November 23, 2011, at Houston, Texas.

                                                    Lee H. Rosenthal
                                             United States District Judge